IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Glasper Sr, James M | Case Number: 05 B 36280 |
|---|---|---|
| | Glasper, Deloris | Judge: Hollis, Pamela S |
| | Printed: 5/6/08 | Filed: 9/9/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 24, 2008
Confirmed: October 31, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 30,000.00 | |
| Secured: | | 20,302.12 |
| Unsecured: | | 2,494.11 |
| Priority: | | 4,532.53 |
| Administrative: | | 1,100.00 |
| Trustee Fee: | | 1,571.24 |
| Other Funds: | | 0.00 |
| Totals: | 30,000.00 | 30,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Select Legal - The First Choice | Administrative | 1,100.00 | 1,100.00 |
| 2. | Ford Motor Credit Corporation | Secured | 20,302.12 | 20,302.12 |
| 3. | Internal Revenue Service | Priority | 4,532.53 | 4,532.53 |
| 4. | Capital One | Unsecured | 927.71 | 60.56 |
| 5. | World Financial Network Nat'l | Unsecured | 389.45 | 25.42 |
| 6. | First Express | Unsecured | 1,741.30 | 113.67 |
| 7. | ECast Settlement Corp | Unsecured | 586.29 | 38.27 |
| 8. | ECast Settlement Corp | Unsecured | 493.88 | 32.24 |
| 9. | ECast Settlement Corp | Unsecured | 1,373.57 | 89.66 |
| 10. | Resurgent Capital Services | Unsecured | 2,507.05 | 163.65 |
| 11. | ECast Settlement Corp | Unsecured | 1,705.29 | 111.32 |
| 12. | ECast Settlement Corp | Unsecured | 586.21 | 38.27 |
| 13. | ECast Settlement Corp | Unsecured | 643.50 | 42.01 |
| 14. | Capital One | Unsecured | 568.63 | 37.12 |
| 15. | Resurgent Capital Services | Unsecured | 18,807.08 | 1,227.68 |
| 16. | ECast Settlement Corp | Unsecured | 2,311.89 | 150.91 |
| 17. | Resurgent Capital Services | Unsecured | 3,572.98 | 233.24 |
| 18. | Resurgent Capital Services | Unsecured | 1,355.29 | 88.47 |
| 19. | Credit First | Unsecured | 607.75 | 0.00 |
| 20. | Credit First | Unsecured | 637.55 | 41.62 |
| 21. | Charter One Bank | Unsecured | | No Claim Filed |
| 22. | Chase | Unsecured | | No Claim Filed |
| 23. | Direct Merchants | Unsecured | | No Claim Filed |
| 24. | BP Oil Co | Unsecured | | No Claim Filed |
| 25. | Value City | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Glasper Sr, James M | Case Number: 05 B 36280 |
|---|---|---|
|  | Glasper, Deloris | Judge: Hollis, Pamela S |
|  | Printed: 5/6/08 | Filed: 9/9/05 |

| 26. | Wal Mart Stores | Unsecured | No Claim Filed |
|---|---|---|---|
| 27. | Shell Credit Card | Unsecured | No Claim Filed |

$ 64,750.07     $ 28,428.76

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 618.75 |
| 5% | 187.50 |
| 4.8% | 360.00 |
| 5.4% | 404.99 |

$ 1,571.24

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

